IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01538-DDD-SBP

JOWANNA HUDSON, on behalf of herself and others similarly situated,

     Plaintiff,

v.

THE BOPPY COMPANY LLC,

     Defendant.

---

## FINAL JUDGMENT

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, filed July 25, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

     ORDERED that judgment is hereby entered in favor of Defendant, The Boppy Company, LLC, and against Plaintiff, Jowanna Hudson, on Defendant's Motion to Dismiss Second Amended Complaint. It is further

     ORDERED that plaintiff's complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this 25th day of July, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk